IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Tina Dodd, ) | Civil Action No. 6:04-0469-HFF-WMC |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| City of Greenville, Chief Willie ) | |
| Johnson, Detective Bobby Carias, ) | |
| Detective Craig Gardner, and ) | |
| Captain Willie Harper, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the plaintiff's "motion for rehearing" on this court's January 9, 2006, order denying her motion to amend. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(A), and Local Rule 73.02(B)(2)(g), D.S.C., all pretrial matters in employment discrimination cases are referred to a United States Magistrate Judge for consideration.

In her motion for rehearing filed January 18, 2006, the plaintiff states that "the order overlooks the recent deposition of the [d]efendants which documents the new claims [p]laintiff wishes to add." In their response to the motion filed February 6, 2006, the defendants note that their depositions were taken in October 2005 and that the plaintiff has failed to specify any particular testimony supporting the proposed causes of action. As discussed in the original order, the plaintiff has made no showing of good cause necessary to extend the scheduling order deadline, which expired over a year and a half prior to the plaintiff making her motion to amend. Based upon the foregoing, the motion for rehearing is denied.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

February 9, 2006

Greenville, South Carolina